# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATTORNEY THOMAS CRAIG NELSON, | CASE NO. 10-CV-1847 MMA (WMc) <br><br> **ORDER UNSEALING PROCEEDINGS AND DISMISSING PETITION** |

On September 3, 2010, the Standing Committee on Discipline for the United States District Court, Southern District of California (the "Standing Committee") filed a petition in the above-captioned action for an order to show cause why attorney Thomas Craig Nelson (CA SBN 82506) should not be barred or suspended from the practice of law in this Court for unprofessional conduct and for interim injunctive relief ("Petition") pursuant to Civil Local Rule 83.5.e. [Doc. No. 1.] The Standing Committee also submitted an *ex parte* application for a Temporary Restraining Order ("TRO") [Doc. No. 3] and an *ex parte* application to file the Petition and application for a TRO under seal. [Doc. No. 2.] On September 9, 2010, the Court granted the *ex parte* application to file the Petition and application for TRO under seal. [Doc. No. 6.] On September 14, 2010, the Court granted the TRO application and issued an order to show cause (OSC") why respondent should not be barred or suspended from practicing before the Southern District of California. [Doc. No. 9.] Prior to the OSC hearing, the assigned magistrate judge

assisted the parties in reaching a settlement, the terms of which were memorialized on the record., and the Petition was stayed pursuant to those terms. [Doc. No. 11.] On September 28, 2010, the Court vacated the OSC hearing. [Doc. No. 12.]

On May 17, 2012, the California Supreme Court ordered attorney Thomas Craig Nelson disbarred, effective June 16, 2012. *See Nelson on Discipline*, 2012 Cal. LEXIS 4907 (Cal. May 17, 2012). Nelson is now prohibited from practicing law in the State of California and his name has been stricken from the roll of attorneys. *Id.* Accordingly, based on the California Supreme Court's May 17, 2012 Order and pursuant to Civil Local Rule 83.5.e,[1]

**IT IS HEREBY ORDERED THAT**:

1. These proceedings are no longer under seal;
2. The Petition is **DISMISSED**;
3. The Clerk of Court is instructed to terminate this action.

**IT IS SO ORDERED**.

DATED: August 31, 2012

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge

---

[1] Civil Local Rule 83.5.e states in relevant part: "Any investigation or proceeding in accordance with this local rule must not be public unless otherwise ordered by the court or unless and until a disbarment, suspension or public reproval has been administered."